**The BROWN FENCE & WIRE COMPANY, Appellant, v. UNITED STATES of America, Appellee.**

No. 7114.

Circuit Court of Appeals, Sixth Circuit.

March 11, 1937.

Davies & Eshner, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

SIMONS, Circuit Judge.

The judgment below (9 F.Supp. 1008), is affirmed upon the authority of Founders General Corporation, Petitioner, v. James J. Hoey, Collector, etc., Nos. 398, 331 and 330, 300 U.S. ——, 57 S.Ct. 457, 81 L.Ed. ——, announced by the United States Supreme Court on March 1, 1937.

**John F. BURTON v. B. R. BAYS, Trustee In Bankruptcy of the ESTATE of The HARBURNEY OIL COMPANY, et al.**

No. 1501.

Circuit Court of Appeals, Tenth Circuit.

Feb. 17, 1937.

Ringolsky, Boatright & Jacobs, of Kansas City, Mo., for appellant.

L. P. Brooks, of Wichita, Kan., for appellees.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeals dismissed on stipulation of the parties.

**CHATEAUGAY ORE & IRON COMPANY, Appellant, v. EASTERN TRANSPORTATION COMPANY, Appellee.**

No. 274.

Circuit Court of Appeals, Second Circuit.

March 1, 1937.

Platow Lyon & Stebbins, of New York City (Leo J. Curren, of New York City, of counsel), for appellant.

Foley & Martin (Christopher E. Heckman, and James A. Martin, all of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (15 F.Supp. 705), affirmed.

**CHRIS. SCHROEGER & SON COMPANY, etc., v. CENTRAL SHOREWOOD BUILDING CORPORATION.**

No. 6051.

Circuit Court of Appeals, Seventh Circuit.

Nov. 23, 1936.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and file a stipulation, which reads as follows: "It is hereby stipulated by and between the appellants and appellee by their respective attorneys that the appeal in the above entitled action be dismissed without costs." On consideration whereof it is now here ordered, adjudged, and decreed that the appeal in the above-entitled action be, and the same is hereby, dismissed without costs.